UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-01514-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 22) |

     Plaintiff David Roberts is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

     On October 15, 2021, the Court screened Plaintiff first amended complaint, found that no cognizable claims were stated, and granted Plaintiff thirty days to file a third amended complaint. (ECF No. 22.) Plaintiff has failed to respond to the Court's order and the time to do so has expired.

     Accordingly, it is HEREBY ORDERED that:

     1.    Within fourteen days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

///

///

///

///

1

2.  Failure to comply with this order will result in a recommendation for dismissal of the action for failure to state a cognizable claim for relief, failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: **November 29, 2021**

UNITED STATES MAGISTRATE JUDGE