UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01514-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. No. 25) |

Plaintiff David Roberts is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On January 3, 2022, the assigned magistrate judge entered findings and recommendations, recommending that this case be dismissed for Plaintiff's failure to state a cognizable claim, failure to comply with a court order and failure to prosecute.  (Doc. No. 25 at 8.)  Plaintiff was provided an opportunity to file objections to the findings and recommendations.  Id.  The deadline to file objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 25) that were issued on January 3, 2022, are ADOPTED in full;
2. This case is DISMISSED based on Plaintiff's failure to state a cognizable claim for relief, failure to comply with court orders and to prosecute this case; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: February 28, 2022

_____
SENIOR DISTRICT JUDGE

2